**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**Bowling Green Division**

| | | |
|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-83-BJB |
| WKU STUDENT LIFE FOUNDATION, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## AGREED ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT

This matter is before the Court on the agreement of Plaintiff Everest National Insurance Company and Defendant Sewell and Sewell Architects, PLLC ("Sewell"), and in accordance with Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1, and this Court being duly advised in the premises:

IT IS HEREBY ORDERED that Defendant Sewell shall have up to and including July 3, 2026, to file a responsive pleading to the Complaint with all defenses preserved that may support dismissal thereof including, but not limited to, any such defenses provided in Fed. R. Civ. P. 12.

SO ORDERED, this _____ day of June 2026.

_____
JUDGE, Benjamin Beaton

2

HAVE SEEN AND AGREED TO:


/s/ Daniel E. Fuchs
Daniel E. Fuchs
Tony W. Fehrenbacher
MANION STIGGER, LLP
500 W. Jefferson Street, Suite 1610
Louisville, Kentucky 40202
(502) 244-4944
dfuchs@manionstigger.com

and

Tony W. Fehrenbacher
MANION STIGGER, LLP
20 N.W. First Street, Suite 200
Evansville, Indiana 47708
(812) 425-5200
tfehrenbacher@manionstigger.com

*Counsel for Defendant,*
*Sewell and Sewell Architects, PLLC*

/s/ Samuel W. Wardle (with permission)
Samuel W. Wardle
FBT GIBBONS LLP
400 W. Market Street, 32nd Floor
Louisville, Kentucky 40202
swardle@fbtgibbons.com
*Counsel for Plaintiff,*
*Everest National Insurance Company*